■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. GADSDEN, Appellant. (Appeal No. 2.) [601 NYS2d 893] —Judgment unanimously affirmed *(see, People v Gadsden* [appeal No. 1] 195 AD2d 1036 [decided herewith]). (Appeal from Judgment of Steuben County Court, Scudder, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present— Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. GADSDEN, Appellant. (Appeal No. 3.) [601 NYS2d 893] —Judgment unanimously affirmed *(see, People v Gadsden* [appeal No. 1] 195 AD2d 1036 [decided herewith]). (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.